UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| RYAN CRAIG STEVENS | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| Plaintiff | |
| V. | |
| COMMISSIONER of SOCIAL SECURITY, | CASE    1:12-cv-00020 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__  GRANTED.

 __X__  The clerk is directed to file the complaint.

 __X__  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____


ENTER this __10th__ day of __January__, __2012__.


             /s/ Barbara A. McAuliffe
             Signature of Judicial Officer

             BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
             Name and Title of Judicial Officer