# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CRAIG STEVENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1: 12-cv-00020-BAM<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF RYAN CRAIG STEVENS** |

On January 4, 2012, Plaintiff filed a complaint for judicial review of the decision of the commissioner of social security pursuant to 42 U.S.C. § 405(g) and 1383(c)(3) of the Social Security Act. (Doc. 1.) On January 11, 2012, the Court entered a scheduling order governing the briefing schedule in this action. (Doc. 7.) Pursuant to that order, Plaintiff's opening brief was due to be filed no later than August 9, 2012. (Doc. 7.) As of August 31, 2012, Plaintiff has not filed his opening brief.

/////

/////

/////

/////

1

The Court now ORDERS Plaintiff to show cause, if any, in writing, on or before September 21, 2012, why he has not filed his opening brief. Plaintiff is cautioned that failure to respond to this Order to Show Cause will result in dismissal of his complaint.

IT IS SO ORDERED.

Dated: **August 31, 2012**           /s/ **Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE