# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CRAIG STEVENS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant.<br>_____/ | Case No. 1: 12-cv-00020-BAM<br><br>**ORDER TO STRIKE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>(Doc. 32). |

　　On January 4, 2012, Plaintiff Ryan Stevens, proceeding pro se and in forma pauperis, filed a complaint for judicial review of the decision of the commissioner of social security ("Commissioner").

　　On March 29, 2013, this Court issued its Order denying Plaintiff's appeal from the administrative decision of the Commissioner. (Doc. 29). The Court directed the Clerk of the Court to enter judgment in favor of the Commissioner and on March 29, 2013, judgment was entered and Plaintiff's case was closed. (Doc. 30). On April 3, 2013, Plaintiff filed a "Motion for Default Judgement" alleging that the Commissioner's reply brief was filed after the deadline. (Doc. 32). Since the Court has ordered dismissal of this action, the motion is moot and fails to comply with the Federal Rules of Civil Procedure. Accordingly, this Court **STRIKES** Plaintiff's Motion for Default Judgment.

　　IT IS SO ORDERED.

　　Dated:　April 9, 2013　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE