1
2
3
4
5
6
7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11   RYAN CRAIG STEVENS,                    )   Case No.: 1:12-cv-0020- BAM
                                            )
12                    Plaintiff,            )   **ORDER STRIKING PLAINTIFF'S MOTION**
                                            )   **FOR RECONSIDERATION**
13         v.                               )
                                            )   (Doc. 43).
14   CAROLYN W. COLVIN, Acting              )
     Commissioner of Social Security,       )
15                                          )
                      Defendant.            )
16   _____       )

17

18         Before the Court is Plaintiff's fourth attempt at reconsideration filed on September 15, 2015.

19   (Doc. 43).  Plaintiff was warned in several prior orders that further filings in this closed matter shall be

20   summarily stricken from the record.  (*See* Doc. 42 "Plaintiff is further advised that this Order

21   constitutes the Court's final warning.  Any further improper motions will be returned to Plaintiff.").

22   Accordingly, based on the Court's prior instructions and warnings, Plaintiff's Motion for

23   Reconsideration filed on September 15, 2015, is HEREBY STRICKEN. (Doc. 43).

24   IT IS SO ORDERED.

25         Dated:   **October 7, 2015**              ___/s/ _Barbara A. McAuliffe_____

26                                                   UNITED STATES MAGISTRATE JUDGE

27

28

                                                     1